```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERIC LEE ROSENBERG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 11-228-JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| ERIC LEE ROSENBERG, ) | Date:  August 23, 2011 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for July 19, 2011, at 9:30 a.m., be rescheduled to August 23, 2011, at 9:30 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, July 14, 2011, through and including August 23, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: July 14, 2011          Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender


                              /s/ Ben Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant


Dated: July 14, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              WILLIAM WONG
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, July 14, 2011, through and including August 23, 2011,

2

pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 23, 2011, at 9:30 a.m..

DATED: 7/14/2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge