1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   BENJAMIN GALLOWAY, Bar #214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    ERIC LEE ROSENBERG
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. Cr.S. 11-228-JAM
                                   )
13                  Plaintiff,     )
                                   )  STIPULATION AND ORDER TO CONTINUE
14       v.                        )  STATUS CONFERENCE
                                   )
15  ERIC LEE ROSENBERG,            )  Date:   March 20, 2012
                                   )  Time:   9:30 a.m.
16                  Defendant.     )  Judge:  Honorable John A. Mendez
                                   )
17  _____)

18

19
         IT IS HEREBY STIPULATED by and between the parties hereto through
20
    their respective counsel, WILLIAM WONG, Assistant United States
21
    Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant
22
    Federal Defender, attorney for defendant, that the status conference
23
    set for February 14, 2012, at 9:30 a.m., be rescheduled to March 20,
24
    2012, at 9:30 a.m..
25
         The parties recently received the previously ordered pre-plea
26
    presentence report.  Based on that report, the parties have reached a
27
    tentative resolution of this matter.  Additional time is needed to
28

1   finalize the agreement and to advise the defendant who is being housed

2   in Butte County Jail.  In addition, the defense is in the process of

3   completing investigation in anticipation of sentencing, and additional

4   time is needed for that purpose.

5        The parties agree that time under the Speedy Trial Act should be

6   excluded from the date of this stipulation, February 10, 2012, through

7   and including March 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

8   (B)(iv), for preparation of defense counsel, and Local Code T4.

9   Dated: February 10, 2012        Respectfully submitted,

10                                  DANIEL BRODERICK
                                    Federal Defender
11

12                                  /s/ Ben Galloway
                                    BENJAMIN GALLOWAY
13                                  Assistant Federal Defender
                                    Attorney for Defendant
14

15
    Dated: February 10, 2012         BENJAMIN B. WAGNER
16                                  United States Attorney

17                                  /s/ Benjamin Galloway for
                                    WILLIAM WONG
18                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
19

20                            **O R D E R**

21       Based on the stipulation of the parties and good cause appearing

22   therefrom, the Court hereby finds that the failure to grant a

23   continuance in this case would deny defense counsel reasonable time

24   necessary for effective preparation, taking into account the exercise

25   of due diligence.  The Court specifically finds that the ends of

26   justice served by the granting of such continuance outweigh the

27   interests of the public and the defendant in a speedy trial.  Based on

28   these findings and pursuant to the stipulation of the parties, the

2

1   Court hereby adopts the stipulation of the parties in its entirety as

2   its order.  Time is excluded from computation of time within which the

3   trial of this matter must be commenced beginning from the date of the

4   stipulation, February 10, 2011, through and including March 20, 2012.

5   pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for

6   defense counsel to prepare] and Local Code T4.  A new status conference

7   date is hereby set for March 20, 2012, at 9:30 a.m..

8
    DATED: 2/10/2012                    /s/ John A. Mendez
9                                       JOHN A. MENDEZ
                                        United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28