DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERIC LEE ROSENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S. 11-228-JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| ERIC LEE ROSENBERG, | ) Date:  April 24, 2012 |
| | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Honorable John A. Mendez |
| _____ | ) |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for March 20, 2012, at 9:30 a.m., be rescheduled for a status conference/possible change of plea hearing to April 24, 2012, at 9:30 a.m..

    The parties have reached a tentative agreement to resolve this matter.  Additional time is needed to finalize the agreement and to

1  advise the defendant who is being housed in Butte County Jail.  In
2  addition, the defense is in the process of completing investigation in
3  anticipation of sentencing, and additional time is needed for that
4  purpose.
5       The parties agree that time under the Speedy Trial Act should be
6  excluded from the date of this stipulation, March 20, 2012, through and
7  including April 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
8  (B)(iv), for preparation of defense counsel, and Local Code T4.

9  Dated: March 15, 2012           Respectfully submitted,

10                                 DANIEL BRODERICK
                                   Federal Defender
11

12                                 /s/ Ben Galloway
                                   BENJAMIN GALLOWAY
13                                 Assistant Federal Defender
                                   Attorney for Defendant
14

15
   Dated: March 15, 2012           BENJAMIN B. WAGNER
16                                 United States Attorney

17                                 /s/ Benjamin Galloway for
                                   WILLIAM WONG
18                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
19

20                                **O R D E R**

21      Based on the stipulation of the parties and good cause appearing
22  therefrom, the Court hereby finds that the failure to grant a
23  continuance in this case would deny defense counsel reasonable time
24  necessary for effective preparation, taking into account the exercise
25  of due diligence.  The Court specifically finds that the ends of
26  justice served by the granting of such continuance outweigh the
27  interests of the public and the defendant in a speedy trial.  Based on
28  these findings and pursuant to the stipulation of the parties, the

1  Court hereby adopts the stipulation of the parties in its entirety as
2  its order.  Time is excluded from computation of time within which the
3  trial of this matter must be commenced beginning from the date of the
4  stipulation, March 20, 2012, through and including April 24, 2012.
5  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for
6  defense counsel to prepare] and Local Code T4.  A new status
7  conference/possible change of plea date is hereby set for April 24,
8  2012, at 9:30 a.m..

DATED: 3/15/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge