HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ERIC LEE ROSENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:11-CR-0228 JAM |
| Plaintiff, | |
| vs. | **RELEASE ORDER** |
| ERIC LEE ROSENBERG, | |
| Defendant. | Judge: Hon. John A. Mendez |

The Court orders Eric Lee Rosenberg released from custody by 9:00 a.m. on Wednesday, September 14, 2016, for transport by the probation officer to the Salvation Army residential treatment facility in Sacramento.

IT IS SO ORDERED.

Dated: September 13, 2016   /s/ John A. Mendez
                            HON. JOHN A. MENDEZ
                            United States District Court Judge