UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable John A. Mendez                    RE:   Eric Lee ROSENBERG
United States District Judge                      Docket Number:  2:11CR00228-01
Sacramento, California                            **DISMISSAL OF VIOLATION**
                                                  **PETITION**


Your Honor:

The above-named offender is scheduled to appear before Your Honor on Tuesday, December 13, 2016, for further proceedings regarding the supervised release violation petition filed August 17, 2016.

The offender last appeared before Your Honor on September 13, 2016, to address the violation petition filed August 17, 2016.  At that hearing, Your Honor ordered the offender released and transported to the Salvation Army Residential Drug program in Sacramento.  The offender was taken to the program on September 14, 2016, and to date remains at the program.  The offender is performing very well at the program according to staff.

Based on the offender's positive adjustment at the program, the undersigned is recommending that the pending petition, filed on August 17, 2016, be dismissed and the violation matter be taken off the Court's calendar of December 13, 2016.  The undersigned has spoken with both Government and Defense counsel about this matter, and both are in agreement with the proposal.

RE: **Eric Lee ROSENBERG**
    **Docket Number:   2:11CR00228-01**
    **DISMISSAL OF VIOLATION PETITION**

Respectfully submitted,

/s/ Glenn P. Simon

Glenn P. Simon
Senior United States Probation Officer

Dated:   December 9, 2016
         Sacramento, California
         GPS/tau

/s/ Jack C. Roberson

**REVIEWED BY:**   **Jack C. Roberson**
                   **Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

☒ Approved
(Dismissal of Probation office 12c filed August 17, 2016.)

☐ Disapproved
(Keep matter on The Court's calendar of December 13, 2016.)

| 12/9/2016 | /s/ John A. Mendez |
|---|---|
| **Date** | **John A. Mendez**<br>**United States District Court Judge** |

Attachment(s)

cc:   Timothy  Delgado
      Assistant United States Attorney

      Timothy  Zindel
      Defense Counsel

2